Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of _____

Division

Case: 1:24–cv–03305
Assigned To : Unassigned
Assign. Date : 11/18/2024
Description: Pro Se Gen. Civ. (F–DECK)

Kawana Jeffer Williams
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Walden University and CedarBusiness Solutions
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Kawana Jeffer Williams
Street Address: 3030 30 St SE # 301
City and County: Washington DC
State and Zip Code: 20020
Telephone Number: 410 620 1587
E-mail Address: Kawana.Williams@Waldenu.edu

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

RECEIVED
NOV 18 2024
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
  Name: Walden University
  Job or Title (if known):
  Street Address: 100 South Washington Ave #210
  City and County:
  State and Zip Code: Minneapolis Minnesota 55401
  Telephone Number: 866-492-5336
  E-mail Address (if known):

Defendant No. 2
  Name: Cedar Business Solutions
  Job or Title (if known):
  Street Address: 1474 Granada Dr New Orleans
  City and County: LA 70122
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Page 2 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Please see the attached Document

### B.  If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Kawana L. Williams, is a citizen of the State of *(name)* Washington DC.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* Kawana L. Williams, is incorporated under the laws of the State of *(name)* Washington DC and Maryland, and has its principal place of business in the State of *(name)* Maryland.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* Cedar Business Solutions, is a citizen of the State of *(name)* New Orleans, LA. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

  b. If the defendant is a corporation
The defendant, *(name)* Havana J. Cedar Business Solutions, is incorporated under the laws of the State of *(name)* Washington + Maryland, and has its principal place of business in the State of *(name)* Louisiana.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Please see the attached document

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see the attached document

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Please see the attached document

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/18/2024

Signature of Plaintiff
Printed Name of Plaintiff  Rawanne J. Williams, Ph.D.

### B. For Attorneys

Date of signing: _____

Signature of Attorney        _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Street Address              _____
State and Zip Code          _____
Telephone Number            _____
E-mail Address              _____



# LIGHTBEACONWell-

chrome-extension___mhjfbmdgcfjbbpaeojofohoefgiehjai_edge_pdf_index.html

11/18/24   02:37 PM

Xerox® AltaLink® C8135 MFP

Claim for the District Court

**Plaintiff:** Dr. Kawana J. Williams, Ph.D.

**Defendant:** Walden University and Cedar Business Solutions

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**COMPLAINT**

**Introduction**

1. This is a civil action seeking relief for academic abuse, financial abuse, and misuse of government funds by Walden University and Cedar Business Solutions.

2. The Plaintiff also seeks enforcement of the July 1 regulations The regulations you are referring to are part of the **Biden-Harris Administration's final rules** released by the U.S. Department of Education, which went into effect on July 1, 2024. These rules are designed to enhance oversight and accountability for institutions of higher education and strengthen consumer protections for student borrowers regarding student eligibility and the removal of blockages due to debts, which hinder the ability to register for classes and receive official transcripts.

**Jurisdiction and Venue**

3. This Court has jurisdiction over this action pursuant toIn Washington, D.C., the relevant statutes and legal codes are outlined in the **Code of the District of Columbia**. Here are some key divisions and titles that might be pertinent to your case:

1. **Division I: Government of District**

   - **Title 1: Government Organization** (§§ 1-101 – 1-1518.01)

   - **Title 2: Government Administration** (§§ 2-101 – 2-1937)

2. **Division II: Judiciary and Judicial Procedure**

   - **Title 11: Organization and Jurisdiction of the Courts** (§§ 11-101 – 11-2609)

   - **Title 12: Right to Remedy** (§§ 12-101 – 12-311)

   - **Title 13: Procedure Generally** (§§ 13-101 – 13-702)

3. **Division III: Decedents' Estates and Fiduciary Relations**

   - **Title 18: Wills** (§§ 18-101 – 18-911)

   - **Title 19: Descent, Distribution, and Trusts** (§§ 19-101 – 19-1518)

4. **Division IV: Criminal Law and Procedure and Prisoners**

   - **Title 22: Criminal Offenses and Penalties** (§§ 22-101 – 22-5215)

   - **Title 23: Criminal Procedure** (§§ 23-101 – 23-1912)

5. **Division V: Local Business Affairs**

   - **Title 25: Alcoholic Beverages** (§§ 25-101 – 25-1009)

   - **Title 26: Banks and Other Financial Institutions** (§§ 26-101 – 26-1401.31)

6. **Division VI: Education, Libraries, and Public Institutions**

   - **Title 38: Education** (§§ 38-101 – 38-2602)

These titles cover a wide range of legal areas, including government organization, judicial procedures, criminal law, business affairs, and education[12].

For your specific case involving academic and financial issues, you might focus on:

- **Title 38: Education** for regulations related to educational institutions.

- **Title 13: Procedure Generally** for general legal procedures and jurisdictional matters.

If you need more detailed information or specific sections, you can refer to the [Code of the District of Columbia](https://code.dccouncil.gov/dc/council/code/).

**Parties**

5. Plaintiff, Kawana J. Williams, is a student at Walden University, residing at [Your Address].

6. Defendant, Walden University, is an educational institution located at [University Address].

7. Defendant, Cedar Business Solutions, is a debt collection agency with its principal place of business at [Agency Address].

**Factual Allegations**

8. Plaintiff has faced significant challenges in registering for required classes due to systemic issues within the Barstar registration system at Walden University.

9. These registration issues have caused academic delays and financial hardships for the Plaintiff.

10. Plaintiff is currently in litigation with Cedar Business Solutions regarding a disputed debt.

11. Despite ongoing litigation, Cedar Business Solutions has taken actions that threaten the Plaintiff's enrollment status at Walden University.

12. The July 1 regulations prohibit colleges and universities that receive federal financial aid from withholding transcripts for courses paid for with federal funds.

13. These regulations also require institutions to provide clearer and more comparable information on financial aid offers, distinguishing between scholarships and loans.

14. Water University and Cedar Business Solutions have violated these regulations by preventing the Plaintiff from registering for classes and obtaining official transcripts due to outstanding debts.

**Claims for Relief**

**Count I: Academic Abuse**

15. Defendants' actions have caused significant academic harm to the Plaintiff, including delays in academic progress and increased financial burdens.

**Count II: Financial Abuse**

16. Defendants have engaged in unfair financial practices by blocking the Plaintiff's ability to register for classes and obtain transcripts due to disputed debts.

**Count III: Misuse of Government Funds**

17. Defendants have misused government funds by failing to comply with the July 1 regulations, which are intended to protect students' rights to education and access to academic records.

**Count IV: Violation of the July 1 Regulations**

18. Defendants have violated the July 1 regulations by blocking the Plaintiff's registration and access to transcripts due to outstanding debts.

**Relief Sought**

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Issue an injunction preventing Defendants from blocking the Plaintiff's registration for classes and access to official transcripts due to outstanding debts.

B. Order Defendants to comply with the July 1 regulations and remove all blockages related to the Plaintiff's ability to register for classes and receive official transcripts.

C. Award Plaintiff compensatory damages in the amount of $1,000,000 for the academic and financial harm suffered.

D. Grant such other and further relief as the Court deems just and proper.

**Jury Demand**

Plaintiff demands a trial by jury on all issues so triable.

Dated: [Date

Kawana J. Williams